IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

2010 MAR 30 A 10:28

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

JEFF EBERLE, ET AL.,

    PLAINTIFFS,

VS.

REGINALD WILKISON, ET AL.,

    DEFENDANTS

CASE NO. C2-03-272

PLAINTIFF DARRYL BLANKENSHIP'S NOTICE
OF CHANGE OF ADDRESS

NOW COMES PLAINTIFF, DARRYL BLANKENSHIP, PRO SE, AND SERVES NOTICE OF CHANGE OF ADDRESS. HIS NEW ADDRESS IS AS STATED BELOW.

RESPECTFULLY SUBMITTED,

*Darryl Blankenship*

DARRYL BLANKENSHIP #295-771

P.O. BOX 300

ORIENT, OHIO 43146

PLAINTIFF, PRO SE

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT A COPY OF THE FOREGOING WAS SERVED UPON DEFENDANT'S, THROUGH COUNSEL, MARY ANNE RICE ASSISTANT OHIO ATTORNEY GENERAL, 441 VINE STREET SUITE 1600 CINCINNATI, OHIO 45202 BY REGULAR U.S. MAIL ON THIS 24th DAY OF MARCH, 2010.

RESPECTFULLY,

*Darryl Blankenship*

DARRYL BLANKENSHIP
PLAINTIFF, PRO SE

03-24-10

DARRYL BLANKENSHIP #295-771
P.O. Box 300
ORIENT, OHIO 43146

CLERK OF COURT
U.S. DISTRICT COURT
85 MARCONI BLVD.
COLUMBUS, OHIO 43215

RE: MILLER V. WILKINSON, C2-98-275
    AND
    EBERLE V. WILKINSON, C2-03-272

CLERK OF COURT,

ENCLOSED HEREIN PLEASE FIND MY NOTICES OF CHANGE OF ADDRESS IN THE TWO (2) AFOREMENTIONED CASES IN THIS COURT.

THANK YOU,

*Darryl Blankenship* (signature)

DARRYL BLANKENSHIP
PLAINTIFF, PRO SE