IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JEFFREY EBERLE, *et al.*,

      **Plaintiffs,**

      v.                                        Case No. 2:03-CV-272
                                                 MAGISTRATE JUDGE KING

REGINALD WILKINSON, *et al.*,

      **Defendants.**

**ORDER**

On April 22, 2011, this Court dismissed the remaining religious damages claims asserted in this action by plaintiff Blankenship, but without prejudice to his prosecution of those claims in *Miller, et al. v. Wilkinson, et al.*, 2:10-CV-917. *Opinion and Order,* Doc. No. 452. Plaintiff Blankenship has filed a motion to reconsider that order, *Motion for Reconsideration,* Doc. No. 462.

Plaintiff Blankenship is a named plaintiff in *Miller v. Wilkinson*, 2:10-CV-917 (S.D. Ohio) and this Court's directive that he pursue his religious damages claims in that action conforms with the procedure mandated by Judge Sargus in *Miller, et al. v. Wilkinson, et al.,* 2:98-CV-275, Doc. No. 532, p. 23 (S.D. Ohio September 30, 2010). Plaintiff Blankenship's argument that he cannot seek damages in the recently-filed *Miller* action because that action involves different defendants is unavailing. The procedure outlined by Judge Sargus specifically addressed that issue. *Id.,* at 24. Thus, the undersigned concludes that there is no basis for reconsideration of its previous order. Plaintiff Blankenship's motion to reconsider, **Doc. No.**

**462**, is **DENIED**.

Plaintiff Griffin voluntarily dismissed his claims on June 22, 2005, *Stipulation of Dismissal*, Doc. No. 125.  This Court previously dismissed the remaining claims asserted by plaintiffs Eberle, Mann and Swint, *Opinion and Order*, Do. No 453, and granted summary judgment in defendants' favor on the merits of plaintiff Weisheit's First Amendment claims, *Opinion and Order*, Doc. No. 424. There are therefore no claims remaining for resolution in this action.  For this reason, Plaintiff's Weisheit's *Motion to Appoint Counsel*, **Doc. No. 457**, is **DENIED**.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.

**August 4, 2011**           *s/ Norah McCann King*
**DATE**                      **NORAH McCANN KING**
                              **UNITED STATES MAGISTRATE JUDGE**